

Order Filed on
1/21/2014
by Clerk U.S. Bankruptcy
Court District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Law Office of Michael P. Otto, LLC**
1030 Stelton Road, Suite 102
Piscataway, New Jersey 08854
By: Michael P. Otto (MPO7635)
(732) 819-7000
Counsel for Debtor

In re Vincent R. Covino, Jr. & Judith A. Covino,

    Debtor(s).

Case No. 11-36917(MBK)

Hearing Date: January 14, 2014 @ 9:00 a.m.

Judge: Michael B. Kaplan, U.S.B.J.

**ORDER VACATING THE NOVEMBER 26, 2013 ORDER OF DISMISSAL AND REINSTATING THE BANKRUPTCY PROCEEDING**

The relief set forth on the following pages two (2) through two (2) is hereby **ORDERED**.

**DATED: 1/21/2014**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re: Vincent R. Covino, Jr. & Judith A. Covino

Case No: 11-36917(MBK)

This matter having been opened to the Court by the Law Office of Michael P. Otto, LLC, attorneys for the Debtors, Vincent R. Covino, Jr. & Judith A. Covino, Michael P. Otto, Esq. appearing, for an Order vacating the November 26, 2013 Order of Dismissal and reinstating the bankruptcy proceeding; notice having been given to all interested parties; no objections having been otherwise made; and for good cause shown;

**IT IS** hereby **ORDERED** as follows:

1. The November 26, 2013 Order of Dismissal is hereby vacated and the bankruptcy proceeding is reinstated.

2. The Clerk shall immediately re-list the instant bankruptcy proceeding for a Confirmation Hearing date within thirty days of the date of this Order.

*Approved by Judge Michael Kaplan  January 21, 2014*